UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JOSIAS SINCHI QUINCHE | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil No. 1:25-cv-00559-SDN |
| | ) |
| DERRICK STAMPER, et al., | ) |
| | ) |
| Respondents. | ) |

## JUDGMENT

In accordance with the Order entered by U.S. District Judge, Stacey D. Neumann on November 13, 2025, and the subsequent status report filed by Respondents on January 6, 2026;

The Petition for Writ of Habeas Corpus is dismissed.

ERIC M. STORMS
ACTING CLERK

Dated: January 7, 2026          By: /s/ Michelle Thibodeau
                                     Deputy Clerk